# LAW OFFICES OF NOLAN KLEIN, P.A.

**ATTORNEYS & COUNSELORS**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

March 8, 2024

**VIA ECF**
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
500 Pearl St., Room 1960
New York, NY 10007

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____          │
│ DATE FILED: _3/8/2024_               │
└─────────────────────────────────────┘
```

>    **Re:**    ***Torres v. Patricias Morris Park Corp., et al.***
>         ***SDNY Case No.: 1:23-cv-07820***

Dear Judge Lehrburger,

This law firm represents the Plaintiff, Brayniel Torres, in the above-captioned case. On February 26, 2024, this Court entered an Order scheduling a Telephonic Initial Pretrial Conference for Thursday, March 14, 2024, at 9:30 a.m. Plaintiff's counsel has a previously scheduled medical appointment on this date and time and is therefore respectfully requesting that Your Honor adjourn the conference. The parties have conferred and can be available the week of April 1 through 5 if it so pleases the Court. This is our first request for an adjournment, and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:  ___/s/ Nolan Klein_____
     NOLAN KLEIN, ESQ.
     (NK4223)

NKK/amd
cc: Robert Filecca, Esq. (via ECF)

If the medical appointment was pre-existing, then counsel should have raised it when the conference was first set and not waited until they were reminded to submit the pre-conference report. The Court will grant the adjournment but expects better communication in the future.

SO ORDERED:

3/8/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE