**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

1213 SE 3RD AVENUE
FORT LAUDERDALE, FL 33316
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

April 3, 2025

Granted.
SO ORDERED:

4/3/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
500 Pearl St., Room 1960
New York, NY 10007

  Re: *Torres v. Patricias Morris Park Corp., et al.*
    *SDNY Case No.: 1:23-cv-07820*

Dear Judge Lehrburger,

  Pursuant to this Court's Civil Case Management Plan and Scheduling Order dated April 3, 2024, the parties' deadline to submit a joint status report is due today. The parties have conferred and respectfully request an additional week, through April 10, 2025, to provide the status and proposed next steps in the case.

  We thank the Court for your time and consideration in this matter.

            Respectfully Submitted,

            **Law Offices of Nolan Klein, P.A.**

            By: */s/ Nolan Klein*
              NOLAN KLEIN, ESQ.
              (NK4223)

NKK/amd
cc: Robert J. Fileccia, Esq. (via ECF)