```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAYNIEL TORRES, individually and on       :
behalf of others similarly situated,        :
                                            :        23-CV-7820 (RWL)
                    Plaintiff,              :
                                            :
         - against -                        :        ORDER
                                            :
PATRICIAS MORRIS PARK CORP., a New          :
York corporation and PATRICIA               :
BORGOGUONE, an individual,                  :
                                            :
                    Defendants.             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on April 22, 2025:

1. As the Court finds no good cause for the substantial delay, Plaintiff's request to move for summary judgment at this time is denied.

2. The Court understands that the Defendants are averse to a settlement conference. However, with discovery complete, the Court believes that now is an opportune time for such a conference. Accordingly, the Court will hold a settlement conference at which the parties, not merely attorneys, must attend. Counsel shall meet and confer and by April 25, 2025, shall file a joint letter indicating whether both parties are amenable to a settlement conference before Judge Lehrburger or whether, instead, at least one of the parties prefers to have a settlement conference referred to another Magistrate Judge. The letter should identify any individual party's preference.

3. Although a settlement conference will be held, the Court will proceed with scheduling trial, which the parties have indicated should last 2-3 days. To that end, by

1

April 29, 2025, the parties shall file a joint letter (i) identifying dates that the parties are not available for trial during the months of June, July, August, and September 2025, and (ii) stating whether trial will by jury or bench.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2025
        New York, New York

Copies transmitted this date to all counsel of record.