UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAYNIEL TORRES, individually and on
behalf of others similarly situated,

                                                                                       23-CV-7820 (RWL)

                    Plaintiff,

            - against -                                        **ORDER**

PATRICIAS MORRIS PARK CORP., a New
York corporation and PATRICIA
BORGOGNONE, an individual,

                    Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Trial of this matter is scheduled for **September 16-18, 2025**, beginning at 9:30 a.m. on September 16, 2025, in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, NY 10007.  The parties are reminded to review and comply with Judge Lehrburger's individual rules, including for pretrial filings and conduct at trial.  The proposed pretrial order, accompanying submissions, and in limine motions shall be filed **by July 30, 2025**.  Opposition to in limine motions shall be filed by **August 13, 2025**.  A final pretrial conference will be held on **September 4, 2025**, at 9:30 a.m., in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, NY 10007.

                                                        SO ORDERED.

                                                        _____
                                                        ROBERT W. LEHRBURGER
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2025
        New York, New York

Copies transmitted this date to all counsel of record.